UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

HSA MU NA,

    Petitioner,

       v.                         CAUSE NO. 3:26-CV-716-CCB-SJF

MARKWAYNE MULLIN, SAMUEL
OLSON, WARDEN, TODD BLANCHE,
and TODD M. LYONS,

    Respondents.

## <u>ORDER</u>

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondent was ordered to release Hsa Mu Na from custody on the same conditions of supervised release that existed before his re-detention. ECF 15. Respondents report that the petitioner has since been released. ECF 17.

The court, therefore, **DIRECTS** the clerk to enter judgment and to close this case.

SO ORDERED on July 9, 2026.

                  /s/*Cristal C. Brisco*
                  CRISTAL C. BRISCO, JUDGE
                  UNITED STATES DISTRICT COURT